576 A.2d 222

**STATE of Maryland**

v.

**Michael William MONROE.**

**No. 52, Sept. Term, 1990.**

Court of Appeals of Maryland.

July 12, 1990.

J. Joseph Curran, Jr., Atty. Gen. and Cathleen C. Brockmeyer, Asst. Atty. Gen., Baltimore, for petitioner.

Alan H. Murrell, Public Defender, Dennis Henderson, and Donald Salzman, Assistant Public Defenders, Baltimore, for respondent.

Submitted to MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and CHASANOW, JJ.

## ORDER

The Court having considered and granted the petition for a writ of certiorari in the above captioned case, it is this 12th day of July, 1990

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Montgomery County be, and it is hereby, vacated and the case remanded to the Circuit Court for Montgomery County for consideration in light of *State v. Mulkey*, 316 Md. 475, 560 A.2d 24 (1989). Costs to be paid by Monroe.